# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01841-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

CURT ALLEN SIGLER,

      Plaintiff,

v.

COOPER, TANIS AND COHEN, P.C., et al.,

      Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff has submitted a "Motion to Join and Amend" (ECF No. 1) and a document titled "Emergency Ex-Parte Order" (ECF No. 3).  As part of the court's review pursuant to D.C.COLO.LCivR 8.1(a), the court has determined that the documents are deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue any claims in this action.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)  xx  is not submitted
(2)  __  is not on proper form (must use the court's current nonprisoner form)
(3)  __  is missing original signature by plaintiff/petitioner/applicant
(4)  __  is missing affidavit
(5)  __  affidavit is incomplete
(6)  __  affidavit is not notarized or is not properly notarized
(7)  __  names in caption do not match names in caption of complaint, petition or application
(8)  xx  other: motion is necessary only if filing and administrative fees totaling $400.00 are not paid.

**Complaint or Petition**:

(9)  xx       is not submitted
(10) ___      is not on proper form (must use the court's current nonprisoner form)
(11) ___      is missing an original signature by the plaintiff/petitioner/applicant
(12) ___      is incomplete
(13) ___      uses et al. instead of listing all parties in caption
(14) ___      names in caption do not match names in text
(15) ___      addresses must be provided for all defendants/respondents
(16) ___      other: _____.

Accordingly, it is

    ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.  It is

    FURTHER ORDERED that Plaintiff shall obtain the court-approved Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) and Complaint forms, along with the applicable instructions, at www.cod.uscourts.gov.  It is

    FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

    DATED July 3, 2014, at Denver, Colorado.

                            BY THE COURT:

                            s/ Boyd N. Boland
                            United States Magistrate Judge