IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01841-BNB

CURT ALLEN SIGLER,

    Plaintiff,

v.

COOPER, TANIS & COHEN, P.C.,
PATRICIAL SIGLER,
JASON GARDNER,
H. PATRICK FURMAN,
CITY & COUNTY OF BROOMFIELD,
THOMAS ENSOR,
PATRICK MURPHY, and
DALE HAMMELL,

    Defendants.

SECOND ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

    Plaintiff initiated this action by filing *pro se* a "Motion to Join and Amend" (ECF No. 1) and a document titled "Emergency Ex-Parte Order" (ECF No. 3).  On July 3, 2014, the court entered an order directing Plaintiff to cure certain deficiencies if he wishes to pursue his claims in this action.  In particular, the court directed Plaintiff to file a complaint and either to pay administrative and filing fees totaling $400.00 or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  On July 14, 2014, the copy of the court's July 3 order to cure deficiencies that was mailed to Plaintiff was returned to the court undelivered.  (*See* ECF No. 7.)

    On July 10, 2014, Plaintiff submitted to the court for filing in this action a Complaint (ECF No. 5) and a Motion and Affidavit for Leave to Proceed Pursuant to 28

U.S.C. § 1915 (ECF No. 6) using nonprisoner forms.  However, the envelope in which those filings were mailed to the court indicates that Plaintiff is an inmate at the Broomfield Detention Center in Broomfield, Colorado.  (*See* ECF No. 5-1.)

Because Plaintiff is an inmate at the Broomfield Detention Center, he must use court-approved prisoner forms if he wishes to pursue his claims in this action.  Therefore, Plaintiff must file on the proper forms a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  In addition, Plaintiff must submit in support of the 28 U.S.C. § 1915 motion a certified copy of his inmate trust fund account statement and an authorization to calculate and disburse filing fee payments.  Accordingly, it is

ORDERED that Plaintiff cure the deficiencies as specified in this order **within thirty (30) days from the date of this order**.  It is

FURTHER ORDERED that Plaintiff shall obtain the proper, court-approved Prisoner Complaint and Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 forms (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the deficiencies within the time allowed, the action will be dismissed without further notice.  The dismissal shall be without prejudice.  It is

FURTHER ORDERED that the clerk of the court update Plaintiff's address to indicate he is an inmate at the Broomfield Detention Center as shown by the return address listed on the envelope docketed as document number 5-1 in this action.

DATED July 15, 2014, at Denver, Colorado.

                            BY THE COURT:

                            s/ Boyd N. Boland
                            United States Magistrate Judge